

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2021

No. 04-20-00309-CV

**PLANET HOME LENDING, LLC**,
Appellant

v.

Ronnie **NUNN**, individually and as the trustee for the 9707 Discovery Land Trust,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22807
Honorable Martha Tanner, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file his brief is GRANTED. Appellee's brief is due on or before **April 20, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2021.

_____
Michael A. Cruz,
Clerk of Court